[Cite as *Fox v. Ohio Dept. of Transp.*, 2011-Ohio-1765.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

BONNIE FOX

    Plaintiff

    v.

OHIO DEPARTMENT OF
TRANSPORTATION

Case No. 2010-10645-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1}  On November 22, 2010, defendant filed a motion to dismiss, stating this claim was paid by Lionel Construction Company.  On November 18, 2010, check no. 037261 in the amount of $777.52, was sent to plaintiff as a full and final release of the claim against defendant.  Plaintiff has not responded to defendant's motion to dismiss. R.C. 2743.02(D) in pertinent part states:  "Recoveries against the state shall be reduced by the aggregate of insurance proceeds, disability award, or other collateral recovery received by the claimant."  Upon review, the court finds that the money received by plaintiff is a recovery from a collateral source. Accordingly, defendant's motion is GRANTED and plaintiff's case is DISMISSED.  The court shall absorb the court costs for this claim in excess of the filing fee.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Bonnie Fox
1121 Brice Road
Reynoldsburg, Ohio  43068

Chester T. Lyman, Jr.
Assistant Legal Counsel
Department of Transportation
1980 West Broad Street
Columbus, Ohio  43223

DRB/laa
Filed 1/26/11
Sent to S.C. reporter 4/8/11